COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:    Judges Alston, Decker and Senior Judge Coleman


THE PITTSTON COMPANY

                                                        MEMORANDUM OPINION[*]
v.      Record No. 2384-13-3                                  PER CURIAM
                                                           MAY 27, 2014
FRANKLIN CALO


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Ramesh Murthy; Penn, Stuart, & Eskridge, on brief), for appellant.

            (Paul L. Phipps; Mingkwan Emme Collins; Lee and Phipps, P.C., on
            brief), for appellee.


        The Pittston Company appeals a decision of the Workers' Compensation Commission

finding that Franklin Calo was entitled to wage loss benefits when he did not sustain any wage

loss on March 18, 2013, due to his post-injury earnings that were greater than his pre-injury

earnings.  We have reviewed the record and the commission's opinion and find that this appeal is

without merit.  Accordingly, we affirm for the reasons stated by the commission in its final

opinion.  See Calo v. The Pittston Co., VWC File No. 2059223 (Nov. 20, 2013).  We dispense

with oral argument and summarily affirm because the facts and legal contentions are adequately

presented in the materials before the Court and argument would not aid the decisional process.

See Code § 17.1-403; Rule 5A:27.

                                                                            Affirmed.

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.